UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JACOB EARL MURPHY, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 3:23-CV-0054-X-BT |
| | § | |
| DIRECTOR, TDCJ-CID, | § | |
| | § | |
| *Defendant.* | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. [Doc. 10]. The Magistrate Judge concluded that Jacob Murphy's application to proceed *in forma pauperis* should be denied because Murphy had sufficient funds in his inmate trust account to afford the $5.00 filing fee and that his complaint should be dismissed without prejudice for failure to pay the filing fee. Murphy filed three documents purporting to respond to that recommendation. [Doc. 13, 14, 15]. Murphy asserts two primary responses.

First, he appears to order his own release from custody.[1] That's not how it works. Second, he says that he has a security account valued at $31,300,000,000.

---

[1] *See, e.g.*, Doc. 13 at 5 (ordering that the "Director-TDCJ is to be incarcerated until the [] responsible Board Member can obey our courts [*sic*] order to release him pending his recently filed habeas petition"). Even if this is merely a proposed order or a quote from another case, it's still irrelevant to the instant motion.

1

Assuming, *arguendo*, that that's true, Murphy's purported prosperity supports the Magistrate Judge's conclusion that he has enough money to pay the filing fee.

Accordingly, the Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge [Doc. 10] and **DENIES** Murphy's motion for leave to proceed *in forma pauperis* [Doc. 7]. The Court **DISMISSES WITHOUT PREJUDICE** Jacob Murphy's complaint for failure to pay the filing fee.

**IT IS SO ORDERED** this 22nd day of March, 2023.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE